This is to advise that on March 8, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 11-27

In action

Ct. No. 03-00286

Giorgio Foods, Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

L.K. Bowman Company,
Monterey Mushrooms, Inc., and
Mushroom Canning Company,
(Defendant-Intervenors.)